USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 8, 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THESCORE, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SCORESTREAM, INC.,<br><br>　　　　Defendant. | Case No.: 17-cv-00570<br><br>**STIPULATION OF DISMISSAL**<br>**<u>WITH PREJUDICE</u>** |

Pursuant to Fed. R. Civ. P. 41(a)(2), and subject to the parties' confidential settlement agreement, Plaintiff theScore, Inc. and Defendant ScoreStream, Inc., by their respective undersigned attorneys, hereby stipulate to dismiss the above-captioned action with prejudice and with each party bearing its own costs, expenses, and attorneys' fees.

Dated:　　May 8, 2017

DORSEY & WHITNEY LLP

_____
Bruce R. Ewing
Sarah R. Robertson
Kaydi Osowski
51 West 52nd Street
New York, NY 10019
Phone: (212) 415-9200
ewing.bruce@dorsey.com
robertson.sarah@dorsey.com
osowski.kaydi@dorsey.com

*Attorneys for Plaintiff*

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

_____
Robert S. Friedman
Paul W. Garrity
Tyler E. Baker
30 Rockefeller Plaza
New York, NY 10112
Phone: (212) 653-8700
rfriedman@sheppardmullin.com
pgarrity@sheppardmullin.com
tbaker@sheppardmullin.com

*Attorneys for Defendant*

-2-

SO ORDERED this __8th__ day of May, 2017.

_____
The Honorable Katherine Polk Failla
United States District Judge